UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO.: 2:10-CR-63 |
| | ) | |
| QWINDEL JEROME PAGE | ) | |

ORDER

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated October 22, 2012. In that Report and Recommendation, the Magistrate Judge recommends that the defendant's first motion to suppress, [Doc. 27], be denied. [Doc. 66]. The defendant has filed an objection to this recommendation. [Doc. 79].

After careful and *de novo* consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that the defendant's objection is **OVERRULED**, that this Report and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 66], and that motion to suppress, [Doc. 27], be **DENIED**.

E N T E R:

                                                 s/J. RONNIE GREER
                                        UNITED STATES DISTRICT JUDGE